FILED

07/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0132

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0132

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                    O R D E R

DUSTIN JAMES ROUNSVILLE,

Defendant and Appellant.

_____

Appellant Dustin James Rounsville, by counsel, has filed a motion for an extension of time within which to file his opening brief.

Upon consideration of Appellant's motion for extension of time,

IT IS HEREBY ORDERED that Appellant's motion for extension is GRANTED. Appellant has until August 25, 2022, within which to file his opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 25 2022